IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY COCHRAN,

                Plaintiff,                ORDER

      v.                                      11-cv-134-wmc

JAMES GEIT, *et al.*,

                Defendants.

Plaintiff Larry Cochran filed this civil action concerning the conditions of his confinement in federal prison. Although the court initially granted Cochran leave to proceed *in forma pauperis* for purposes of the Prison Litigation Reform Act, 28 U.S.C. § 1915(b), it revoked that status on September 17, 2013, and directed him to pay the $350 filing fee in full if he wished to proceed with this case. (Dkt. # 65). Cochran was warned that this lawsuit would be dismissed without prejudice unless he paid the full amount on or before September 30, 2013. Cochran was granted an extension of time, up to and including December 6, 2013, in which to comply with the court's order to pay the filing fee. In that order, Cochran was again warned that this lawsuit would be dismissed if he failed to meet the extended deadline. (Dkt. #68).

To date, Cochran not tendered the filing fee as directed and his time to do so has expired. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed for want of prosecution and for repeated

1

failure to comply with court orders. *See* FED. R. CIV. P. 41(a); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

## ORDER

IT IS ORDERED that the complaint filed by plaintiff Larry Cochran is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b). The clerk's office shall terminate all pending motions and close this case.

Entered this 11th day of December, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge