NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A
DISTRICT COURT

United States District Court for the Southern
Distric Of Indiana
File Number
11-cv-134

LARRY COCHRAN,  )
Appellant/Plaintiff,  )
)
)
)  NOTICE OF APPEAL
v.  )
)
)
)
JAMES GEIT, et al.,  )
Appellee/Defendant(s).  )
_____  )

Notice is hereby given that LARRY COCHRAN, Plaintiff in the above named case, hereby and herein appeals to the United States Court of Appeals for the Seventh Circuit fom an Order or Judgment issued by Judge William M. Conley, dismissing Plaintiff's cause of action, en tered in this action on December 11, 2013.

Respectfully submitted,

Larry Cochran, pro se
FCC USP Coleman I
P.O. Box 1033
Coleman, FL. 33521

Dated: January 29, 2014

U.S.C.A. – 7th Circuit
RECEIVED

FEB - 7 2014

GINO J. AGNELLO
CLERK